UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome

DEC 21 2011

JAMES N. HATTEN, Clerk
By: Kaui Bentt

| | | |
|---|---|---|
| HENRY TURNER, on behalf of himself and all those similarly situated who consent to representation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 1:10-cv-2797-▇▇▇-WEJ |
| BUCKHEAD BEEF COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ▇▇▇▇ ORDER APPROVING RESOLUTION BETWEEN PLAINTIFFS AND DEFENDANT AND DISMISSING CASE WITH PREJUDICE

Upon inspection and review of the agreed-upon resolution of Plaintiffs Henry Turner's and Manuel Vizcaino's ("Plaintiffs") FLSA wage claims asserted in the above-captioned action against Defendant Buckhead Beef Company ("Defendant"), the Court finds that the agreed-upon resolution is fair and reasonable.

Accordingly, it is ORDERED AND ADJUDGED that the documented resolution between Plaintiffs and Defendant of Plaintiffs' FLSA wage claims is hereby APPROVED in its entirety. This case is hereby DISMISSED WITH PREJUDICE, with the parties being responsible for attorneys' fees and costs in accordance with the settlement agreements.

DONE AND ORDERED, this 21 day of December, 2011.

*[signature]*
Hon. Walter E. Johnson

CONSENTED TO BY:

Plaintiffs Henry Turner and Manuel Vizcaino

*s/ David Walbert*
(by Nancy E. Rafuse with express permission)
David Walbert
Andrew Y. Coffman
Georgia Bar No. 173115
*acoffman@pcwlawfirm.com*

PARKS, CHESIN & WALBERT, P.C.
75 14th Street, N.E., 26th Floor
Atlanta, GA 30309-3604
Telephone: 404.873.8000
Facsimile: 404.873.8050

Stephanie D. Banks
Georgia Bar No. 036378
*sdbanks@sdbankslaw.com*

THE LAW OFFICE OF STEPHANIE D. BANKS & COMPANY, LLC
2930 Alcove Drive
Scottdale, GA 30079
Telephone: 404.296.7909
Facsimile: 404.296.7907

Counsel for Plaintiffs

CONSENTED TO BY:

Defendant Buckhead Beef Company

*s/ Nancy E. Rafuse*
Nancy E. Rafuse
Georgia Bar No. 621717
*nancyrafuse@asherafuse.com*
Paul Barsness
Georgia Bar No. 597107
*paulbarsness@AsheRafuse.com*

ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309-3232
Telephone: 404.253.6000
Facsimile: 404.253.6060

Counsel for Defendant

2